### KEMLETZ v. STATE.
No. 25449.

Court of Criminal Appeals of Texas.
Nov. 7, 1951.

No attorney on appeal.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

The offense is the driving, while intoxicated, of a motor vehicle upon a public highway, with punishment assessed at a fine of $100.

There being nothing presented for the consideration of this court in the absence of a statement of facts or bills of exception, the judgment is affirmed.

Opinion approved by the court.

### BURGE v. STATE.
No. 25439.

Court of Criminal Appeals of Texas.
Oct. 31, 1951.

W. J. Martin, Lubbock, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

This is a conviction for felony theft; the punishment, two years in the penitentiary.

This case grows out of and is a companion case to that of White v. State, Tex.Cr. App., 242 S.W.2d 889.

The instant facts are insufficient to authorize a conviction for the same reason as assigned in the White case.

For the reasons there stated, the judgment is reversed and the cause is remanded.